IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **Plaintiff,** v. **WILMER PACHECHO-RIVERA,** **Defendant**. | **CRIMINAL NO. 16-055 (PAD)** |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Wilmer Pachecho-Rivera (Docket No. 38), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to Counts One and Two of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 37).  The parties shall file their sentencing memoranda not later than November 4, 2016.  The Sentencing Hearing is set for November 18, 2016 at 10:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of September, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge